FILED
07/11/2024
Tina Henry
CLERK
Cascade County District Court
STATE OF MONTANA
By: Jammie Jacobson
DV-7-2024-0000353-PL
Grubich, David J.
1.00

Joseph Cook
Jesse Medearis
HEENAN & COOK, PLLC
1631 Zimmerman Trail
Billings, MT 59102
(406) 839-9091
joe@lawmontana.com
jesse@lawmontana.com

Attorneys for Plaintiff

## MONTANA EIGHTH JUDICIAL DISTRICT
## CASCADE COUNTY

| | |
|---|---|
| SETH REID,<br><br>　　　　　　　Plaintiff,<br><br>Vs.<br><br>DIAMONDBACK AUTOMOTIVE ACCESSORIES INC.,<br><br>　　　　　　　Defendant. | Cause No. DV-7-2024-0000353-PL<br><br>Judge　Judge David J. Grubich<br><br>**COMPLAINT<br>AND<br>DEMAND FOR JURY TRIAL** |

COMES NOW Seth Reid, through his attorneys at Heenan & Cook, PLLC, and for his Complaint against Defendant, alleges, upon information and belief, as follows:

### PARTIES

1. Plaintiff, Seth Reid, at all times related to this complaint, was a resident of Cascade County and citizen of the State of Montana.

2. Defendant, DiamondBack Automotive Accessories Inc. ("DiamondBack") is a Pennsylvania business entity that designed, manufactured, and sold the side loading ATV carrier at issue in this case. On July 31, 2021, DiamondBack contracted with Plaintiff in Montana to deliver a "Side-Loading ATV Carrier" to Plaintiff in Montana.

### STATEMENT OF FACTS

3.  DiamondBack manufactures truck bed covers and specializes in heavy duty covers capable of loading and hauling ATVs.

4.  DiamondBack represents to the public, and its customers, that "[w]e build the toughest truck bed covers on the market and we stand behind them."

5.  For side load models, DiamondBack designs, manufactures, and sells side rails. Side rails attach to the side of bed cover, and DiamondBack represents to the public and its customers that "side rails protect from overdriving and act as a tire stop." See: https://www.youtube.com/watch?v=RmAw4fBO9IA.

6.  DiamondBack represents that side rails provide "a rigid wall of protection." See: https://www.youtube.com/watch?v=wX2RtIq84Xc.

7.  DiamondBack demonstrates the side rails with videos showing the ATV firmly hitting the side rail with enough force to rock the truck bed.

8.  On July 31, 2021, Plaintiff purchased a side load ATV Carrier (DiamondBack Order No. 39104S) online from Diamondback's website.

9.  Plaintiff installed the carrier and the side rails per DiamondBack's included manual and installation guide.

10. On May 18, 2023, Plaintiff loaded his 2020 CFMOTO CForce 800 XC ATV onto the Diamondback ATVS in the same or similar manner as shown in multiple DiamondBack promotional and safety videos.

11. Plaintiff's use of the DiamondBack product was consistent with their promotional videos, and Plaintiff used the DiamondBack product in a reasonably foreseeable manner at all relevant times.

12. The DiamondBack side rails provided to Plaintiff did not protect from overdriving, failed to act as a tire stop and was anything but a rigid wall of protection as advertised.

13. Instead, when Plaintiff drove the ATV against the aluminum side rails, the aluminum rails bent and gave way causing the ATV to flip over the backside of the pickup and land directly on Plaintiff.

14. Plaintiff sustained significant injuries as a result.

15. DiamondBack's provided manual(s) and/or packaging do not include any warnings against sideloading in the manner Plaintiff loaded his ATV.

16. Per DiamondBack's own admission, "[t]he force it takes to bend these are incredibly subjective and it can vary by bed length, location of the upright, etc."

17. Plaintiff's injuries were directly and legally caused by the failure of DiamondBack's side rail product.

18. As a direct and legal result of his injuries caused by the DiamondBack product, Plaintiff has suffered physical, mental, emotional, and financial losses and suffering.

## Count I

19. Plaintiff re-alleges and incorporates herein by reference the allegations of the preceding paragraphs as set forth in full, and further allege as follows:

20. At all times material hereto, DiamondBack was engaged in the business of selling DiamondBack ATVS carriers and siderails.

21. Diamondback sold a DiamondBack ATVS carrier and siderails to Plaintiff in a defective condition unreasonably dangerous to consumers and users.

22. The DiamondBack ATVS carrier, and the components parts thereof, were being operated and used by Plaintiff for the purpose and in the manner of which they were designed, developed, manufactured, assembled, tested, serviced, distributed and sold and intended to be used, all in a manner foreseeable to the Defendants.

23. The DiamondBack ATVS carrier did not contain any express warnings or instructions on, accompanying, or attached to the product or on its original container or wrapping that warned or instructed against using the product as Plaintiff used the product on May 18, 2023.

24. Plaintiff was not negligent in his use of the DiamondBack product.

25. DiamondBack is strictly liable for the damage caused by its defective product sold to Plaintiff.

26. Plaintiff is entitled to all available damages provided by Montana law for special and general damages caused by the defective product.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount sufficient to compensate him for all damages allowable under Montana law, both general and special; for her costs and attorney's fees to the extent allowed by law; pre- and post-judgment interest as allowed by law; costs of this action; and any and all further relief justified by the proof or deemed appropriate by the Court.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury in this matter.

//

DATED this 11th day of July, 2024.

                              HEENAN & COOK, PLLC

                              */s/ Jesse Medearis*
                              _____
                              Jesse Medearis
                              Attorney for Plaintiff