# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SETH REID, <br><br> Plaintiff, <br><br> vs. <br><br> DIAMONDBACK AUTOMOTIVE ACCESSORIES INC., <br><br> Defendant. | CV 25-08-GF-JTJ <br><br><br> ORDER OF DISMISSAL WITH PREJUDICE |

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 15th day of December 2025

_____
John Johnston
United States Magistrate Judge

Page 1